JOHN L. SUPPLE (SBN 94582)
*jsupple@jsupplelaw.com*
DAYNA F. OLSON (SBN: 327577)
*dolson@jsupplelaw.com*
**J SUPPLE LAW**
**A Professional Corporation**
990 Fifth Avenue
San Rafael, CA 94901
Telephone: (415) 366-5533
Facsimile: (415) 480-6301

Attorneys for Defendants
NADHAN, INC., dba ORCHARD POST ACUTE CARE (*erroneously sued and sued and served as Nadhan, Inc*.); SUZETTE CHEATHAM; and MELVIN RIMANDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GOLDBERG by and through his Successor in Interest, SANDRA GOLDBERG; SANDRA GOLDBERG, RHONDA WASERMAN, ANNETTE MCGAHAN, WILLIAM BECKER, and DANIEL BECKER, individually<br><br>Plaintiff,<br><br>vs.<br><br>NADHAN, INC., NADHAN, INC. dba ORCHARD POST ACUTE CARE, SUZETTE CHEATHAM, MELVIN RIMANDO and DOES 1-100,<br><br>Defendants.<br><br>Defendants,<br><br>and<br><br>JASON GOLDBERG,<br><br>Nominal Defendant | Case No. 2:22-cv-00239-TLN-KJN<br><br>Removal from Solano County Superior Court Case No. FCS 057376]<br><br>**ORDER TO REMAND ACTION TO SUPERIOR COURT AND VACATE HEARING**<br><br>Complaint Filed: November 3, 2021<br>Removed: February 3, 2022<br><br>***Assigned to Hon. Troy L. Nunley, Courtroom 2, 15th Floor*** |

Defense counsel and Plaintiff's counsel met and conferred regarding Defendant's Motion to Dismiss, Plaintiff's Motion for Remand, and the recent 9th Circuit ruling in *Saldana v. Glenhaven Healthcare* (2022) –F.4th--, 2022 U.S. App. LEXIS 4631.  Counsel for both parties agreed and stipulated to the following:

1. The instant action shall be remanded to the Solano County Superior Court (Case No. FCS 057376).
2. The April 7, 2022, hearing on Defendants' Motion to Dismiss is hereby vacated.

**IT IS SO ORDERED.**

Dated: March 17, 2022

_____
Troy L. Nunley
United States District Judge

J SUPPLE LAW, PC
990 Fifth Avenue
San Rafael, CA 94901